Full opinion will be published later. Watch **Omnibus Index.**

### SUBURBAN POWER CO v P U C
### OHIO POWER CO v P U C

Ohio Supreme Court

Nos 22440 and 22477

Decided Feb. 11, 1931

Order Affirmed in No. 22440
Modified & Remanded in No. 22477

Matthias, Day, Allen, Kinkade and Robinson, JJ, concur. Jones, J, not participating. Full opinion will be published later. Watch **Omnibus Index.**